**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:06-CR-86-T-17-EAJ

JASON SANDOVAL
_____/

**ORDER FINDING THE APPEAL TIMELY FILED**

This cause is before the Court on remand from the appellate court. The appellate court remands for this Court to make a determination of the date of filing and, if untimely, to determine the issue of excusable neglect or good cause.

This Court entered a Judgment and Commitment Order as to this defendant on January 26, 2007, there was no amended judgment as suggested by the defendant. The notice of appeal was postmarked from Miami, Florida on February 9, 2007, and docketed in this Court on February 13, 2007.

Pursuant to Rule 4(b), App. R., a defendant has ten (10) days from the entry of an order to file a notice of appeal. Under, Rule 26, App.R., the intervening weekend days are not included in the calculation. Therefore the tenth day for filing the notice of appeal fell on February 9, 2007. The notice of appeal is postmarked February 9, 2007. Thus, pursuant to Houston v. Lack, 487 U.S. 266 (1988), the notice of appeal was timely as it was clearly delivered to the prison for mailing on or before February 9, 2007, constituting timely filing. Accordingly, it is

**ORDERED** that the Court **determines** that the defendant's notice of appeal was timely filed.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 18th day of April, 2007.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record